UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SEVILLE MCCLENDON | : CASE NO.3:16-CV-02136 (SRU) |
| | : |
| v. | : |
| | : |
| MALDONADO, ET AL. | : December 19, 2018. |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(a)(ii), the parties hereby stipulate that this matter may be dismissed with prejudice and without an award of costs to either party.

PLAINTIFF
Seville McClendon

*/s/ Seville McClendon*
Seville McClendon

THE DEFENDANTS,
Perez and Smiley

By */s/ DeAnn S. Varunes*
DeAnn S. Varunes
Fed. Bar No. ct25903
Attorney General's Office
McKenzie Hall
110 Sherman Street
Hartford, CT 06105
Tel. No. 860-808-5450
Fax No. 860-808-5591
Email: deann.varunes@ct.gov

5

## CERTIFICATION

I hereby certify that on December 19, 2018 a copy of the foregoing was filed electronically. Notice of this filing was sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's System. A copy was also mailed to the following:

Seville McClendon
50 Hamilton Street
Hartford, CT 06106

/s/ DeAnn S. Varunes
DeAnn S. Varunes
Assistant Attorney General